NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


TERESA LEE,                              )
                                         )
          Appellant,                     )
                                         )
v.                                       )          Case No. 2D18-59
                                         )
HSBC BANK USA, NATIONAL                  )
ASSOCIATION, as indenture trustee        )
of the FBR Securitization Trust 2005-4,  )
Mortgage Backed Notes, Series            )
2005-4,                                  )
                                         )
          Appellee.                      )
_____)

Opinion filed April 3, 2019.

Appeal from the Circuit Court for Pasco
County; Linda H. Babb, Judge.

Teresa Lee, pro se.

Shannon T. Sinai and Brandon S. Vesely of
Albertelli Law, Tampa, for Appellee.


PER CURIAM.


          Affirmed.


SILBERMAN, KELLY, and VILLANTI, JJ., Concur.